CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
April, 21, 2026
LAURA A. AUSTIN, CLERK
BY: s/ KELLY BROWN
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **TRESTON EISSENS, individually and for others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No: 7:26-cv-00054** |
| **METALSA-ROANOKE, INC.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Having considered the Parties' Joint Motion to Stay, Toll, and Mediate (Dkt. 21), I am of the opinion the Motion should be **GRANTED**. It is hereby **ORDERED**:

1. This matter is stayed for a period of 120 days from the date of this Order.
2. Defendant shall produce data for Plaintiff's proposed putative class of "Hourly Employees" at least four weeks in advance of the Parties' scheduled mediation.
3. The FLSA statute of limitations is tolled from April 9, 2026 until five business days after one of the following occurs: an impasse is declared by the mediator, the 120-day period expires, or either Party provides notice to the other of an impasse, whichever is earlier.
4. The Parties shall provide the Court with a status report no later than 14 days after the conclusion of the stay period.

Entered: April 16, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge